**KAY MANUFACTURING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 20.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1931.

Benjamin Mahler, of New York City, for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and J. P. Jackson, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Eugene Harpole and Edwin M. Niess, Sp. Attys., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

---

**Lenart LARSON, Appellant, v. UNITED STATES of America.**

No. 9251.

Circuit Court of Appeals, Eighth Circuit.

July 17, 1931.

Owen A. Galvin, of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed on motion of counsel for appellee and consent of appellant, under rule 16.

---

**L. R. CONNETT & COMPANY, Inc., Libelant-Appellee, v. Steam Tugs THE SENATOR RICE and THE HERCULES, Their Engines, etc., Cornell Steamboat Company, Claimant-Appellant, The Steamer Lexington, Her Engines, etc., Colonial Navigation Company, Claimant-Appellee.**

**CORNELL STEAMBOAT COMPANY, Libelant-Appellant, v. THE Steamer LEXINGTON, Her Engines, etc., Colonial Navigation Company, Claimant-Appellee.**

Nos. 7, 8.

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1931.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry. P. Elliott, both of New York City, of counsel), for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and P. Fearson Shortridge, both of New York City, of counsel), for claimant-appellee.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for libelant-appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decision and decrees, 43 F.(2d) 719, affirmed.